# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**189**

**CA 11-00242**

PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, CARNI, AND LINDLEY, JJ.

---

KIMBERLY B. ROONEY, PLAINTIFF-RESPONDENT,

V                                        MEMORANDUM AND ORDER

JOHN E. ROONEY, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR DEFENDANT-APPELLANT.

KAMAN, BERLOVE, MARAFIOTI, JACOBSTEIN & GOLDMAN, LLP, ROCHESTER (RICHARD GLEN CURTIS OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Monroe County (Philip B. Dattilo, Jr., R.), entered April 21, 2010 in a divorce action. The order determined the parties' disputed economic issues.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Rooney v Rooney* ([appeal No. 3] ___ AD3d ___ [Feb. 17, 2012]).

Entered:  February 17, 2012                    Frances E. Cafarell
                                               Clerk of the Court